

# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

October 10th, 2022

*Via Electronic Court Filing*
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: United States of America versus Lucious Garnett
           S1 21 Cr. 414 (KPF)

Your Honor,

    I write on behalf of my client, Lucious Garnett, requesting an additional modification of the conditions of his release.  He was released from custody on or about September 17th, 2022.  Currently, he is on home detention in the District of Connecticut.  He respectfully requests that the Court temporarily modify the conditions of his release to allow him to visit the gravesite of his recently deceased mother at Saint Raymond's Cemetery in the Bronx on Saturday, October 15th, 2022.  The Government takes no position with respect to this request.  My client and I thank you for your consideration of this matter.

                              Respectfully submitted,

                              Raymond Elvis Gazer, Esq.

CC:    The Government
        *Via ECF*

Application GRANTED.

Dated:     October 11, 2022          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE