UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>DAVON HAWKINS, KWAME GARNETT, ISAIAH SMITH, ANTHONY SMITH, ALAN VITTAR, SADANE PARSONS, DAQUAN GARNETT, LAKESHIA GARNETT, and LUCIOUS GARNETT,<br><br>       Defendants. | 21 Cr. 414 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Government and defendant Lucious Garnett are hereby ORDERED to appear for a change-of-plea hearing at 3:30 p.m. on **May 9, 2023**.

  The Government and defendant Davon Hawkins are hereby ORDERED to appear for a change-of-plea hearing at 11:00 a.m. on **May 11, 2023**.

  SO ORDERED.

Dated: May 3, 2023
    New York, New York

                    KATHERINE POLK FAILLA
                    United States District Judge