# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

**Raymond Elvis Gazer, Esq.**

_____

July 13th, 2023

*Via Electronic Court Filing*
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      Re: United States of America versus Lucious Garnett
         S1 21 Cr. 414 (KPF)

Your Honor,

    I write on behalf of my client, Lucious Garnett, requesting an additional modification of the conditions of his release.  He was released from custody on or about September 17th, 2022.  Currently, he is on home detention in the District of Connecticut.  Yesterday evening, his brother, Delbert Garnett was rushed to Harlem Hospital with a sudden medical emergency and admitted to the intensive care unit.  His prognosis, unfortunately, is poor.  Mr. Lucious Garnett respectfully requests that the Court temporarily modify the conditions of his release to allow him to visit his brother today at Harlem Hospital during permitted visiting hours.

    Additionally, because of the serious and fluid nature of this situation, I respectfully request that Mr. Garnett be allowed to request permission for future visits to the hospital in the upcoming days directly from his Pretrial Services Officer without the need for further Court orders.

    Pretrial Services has no objection to this request, and the

Government defers to their position.  My client and I thank you for your consideration of this matter.

                                        Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.

CC:      The Government
           *Via ECF*

---

Application GRANTED.  The Court is sorry to hear about Mr. Garnett's brother's condition.  Mr. Garnett and his counsel shall coordinate the logistics of his visits to Harlem Hospital with Pretrial Services.

The Clerk of Court is directed to terminate the pending motion at docket entry 229.

Dated:      July 13, 2023
              New York, New York

                                        SO ORDERED.

*Katherine Polk Failla*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE