# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

September 12th, 2023

*Via Electronic Court Filing*   --
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: United States of America versus Lucious Garnett
    S1 21 Cr. 414 (KPF)

Your Honor,

    I write on behalf of my client, Lucious Garnett, to request an additional temporary modification of the conditions of his release.  On May 9th, he pled guilty to a lesser included offense of count one of the instant indictment and has remained at liberty restricted to home detention.  His sentencing is scheduled for October 10th, 2023.

    He respectfully requests that the Court allow him to visit the gravesite of his mother at Saint Raymond's Cemetery in the Bronx on Saturday, September 16th, 2023, her birthday.  Pretrial Services has no objection to this request, and the Government defers to their position.  My client and I thank you for your consideration of this matter.

                              Respectfully submitted,

                              *Raymond Elvis Gazer*
                              Raymond Elvis Gazer, Esq.

CC:       The Government
            *Via ECF*

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 270.

Dated:   September 13, 2023          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE