# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

December 11th, 2023

*Via Electronic Court Filing*
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



      Re: United States of America versus Lucious Garnett
         S1 21 Cr. 414 (KPF)

Your Honor,

    I write on behalf of my client, Lucious Garnett, to request an additional temporary modification of the conditions of his release. On October 10th, 2023, he was sentenced to 48 months imprisonment after having pled guilty to a lesser included offense of count one of the instant indictment. He is due to surrender to the Bureau of Prisons on January 5th, 2024.

    He respectfully requests that the Court allow him to visit the gravesite of his mother at Saint Raymond's Cemetery in the Bronx on Saturday, December 23rd, 2023. Pretrial Services has no objection to this request, and the Government defers to their position. My client and I thank you for your consideration of this matter.

                              Respectfully submitted,

                              *Raymond Elvis Gazer*
                              Raymond Elvis Gazer, Esq.

CC:      The Government
           *Via ECF*

Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket entry 314.

Dated:    December 12, 2023          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE