# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.

January 3rd, 2024

*Via Electronic Court Filing*
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



      Re: United States of America versus Lucious Garnett
         S1 21 Cr. 414 (KPF)

Your Honor,

    I write on behalf of my client, Lucious Garnett, who is due to surrender to the Bureau of Prisons at F.C.I. Fort Dix on January 5th, 2024, to request a final modification of the conditions of his release.  Currently, a condition of his release is home incarceration with electronic monitoring.  I respectfully request that Mr. Garnett be authorized to have Pretrial Services remove his monitoring bracelet on January 4th, a day prior to his surrender.  In speaking with his Pretrial Supervision Officer, Mike Jones (from the District of Connecticut), he states that so doing would facilitate Mr. Garnett's self-surrender and ensure the prompt return of Pretrial Services' equipment.

    My client and I thank you for your consideration of this matter.

                                  Respectfully submitted,

                                  *Raymond Elvis Gazer*
                                  Raymond Elvis Gazer, Esq.

CC: The Government
*Via ECF*

Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket entry 320.

Dated: January 4, 2024　　　　　SO ORDERED.
　　　　　New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE